UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAN TEKINER,

                Plaintiff,                               **MEMORANDUM AND ORDER**
                                                                    14-CV-1295 (RRM)
      - against -

CENTRAL INTELLIGENCE AGENCY;
DIRECTOR JOHN O. BRENNAN,

                Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      On February 21, 2014, *pro se* plaintiff Jan Tekiner commenced this lawsuit under 42 U.S.C. § 1983 against the Central Intelligence Agency ("CIA") and its director, John O. Brennan. Tekiner's submission did not include the requisite filing fee or an *in forma pauperis* ("IFP") application. By letter dated February 27, 2014 (Doc. No. 2), the Clerk of Court notified Tekiner of this deficiency and instructed him that, in order to proceed, he must remit the filing fee or file a completed IFP application (included with the letter) within fourteen days from receipt of the letter. However, the Clerk's letter mistakenly stated that the filing fee was $350, rather than the actual $400 fee (which took effect in May 2013). Tekiner thereafter submitted a $350 money order.

      By letter dated March 20, 2014 (Doc. No. 4), the Clerk's *Pro Se* Office informed Tekiner of the error in the initial letter, returned the $350 money order, and directed Tekiner to submit the proper $400 filing fee within fourteen days. To date, Tekiner has failed to remit the $400 filing fee or to file an IFP application.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly, mail a copy of this Order and the accompanying judgment to *pro se* plaintiff , and close the case.

SO ORDERED.

Dated: Brooklyn, New York
      May 30, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge